UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YAKOV ELIZAROV,

          Plaintiff,

v.

EQUITY EXPERTS LLC,

          Defendant.
_____/

Case No. 16-13285

Paul D. Borman
United States District Judge

Stephanie Dawkins Davis
United States Magistrate Judge

## **JUDGMENT**

For the reasons stated in the Court's Opinion and Order issued on today's date, it is ORDERED and ADJUDGED that Plaintiff's Motion for Summary Judgment is DENIED, Defendant's Motion for Summary Judgment is GRANTED, and this case is DISMISSED WITH PREJUDICE.

    IT IS SO ORDERED.

                                      s/Paul D. Borman
                                      Paul D. Borman
                                      United States District Judge

Dated: May 9, 2018